UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 2:19-cr-20039

CECIL GABY                                                  DEFENDANT

## OPINION AND ORDER

The Court has received a report and recommendation ("R&R") (Doc. 46) from United States Magistrate Judge Christy D. Comstock.  The Magistrate Judge recommends denying Defendant Cecil Gaby's motion to vacate under 28 U.S.C. § 2255 (Doc. 31) because his claim is procedurally defaulted due to his failure to file a direct appeal.  The Magistrate Judge also recommends denying the motion because it is without merit.  The Court granted Mr. Gaby's request for an extension to file objections to the R&R.  *See* Doc. 49.  However, over a month has passed since Mr. Gaby's extended deadline, and he has not filed objections.  Nevertheless, the Court has conducted a *de novo* review of the R&R.  *See* 28 U.S.C. § 636(b)(1)(C).  The Magistrate Judge's findings contain no clear error, and the R&R is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Mr. Gaby's motion to vacate under 28 U.S.C. § 2255 (Doc. 31) is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE